# CARROLL,

## JULY TERM, A. D. 1846.

---

### HANSON *v.* OSSIPEE AND EFFINGHAM.

Where a petition for a highway is dismissed, only one bill of costs is allowed to the towns that have been parties.

PETITION of Ira Hanson and others for a highway in Ossipee and Effingham.

The road commissioners reported against laying out the highway, and the court rendered judgment upon the report for said towns, and their costs. The towns both appeared before the road commissioners, and have both appeared in court: Effingham by Josiah Dearborn, Esq., and Ossipee by Luther D. Sawyer, Esq., at the same time, and claim full costs, to be taxed separately for each.

*Hobbs*, for the plaintiffs.

*Dearborn* and *Sawyer*, for the defendants.

GILCHRIST, J.   This is a case in which the petitioners have commenced proceedings in which the law rendered it necessary to cite into court the defendants, as well as many other parties.   It has been settled that it falls within the general rule that allows costs to the prevailing party, so far that the towns shall be entitled to tax costs, upon the failure of the petition.

Where several costs are taxed by defendants, only one taxation for witnesses is allowed; so that the only matter at issue here is the travel and attendance of the parties themselves.   *Crosby* v. *Lovejoy*, 6 N. H. 458.

There seems nothing in the case that should distinguish it from the general rule of allowing but one bill of costs to the prevailing party.

*Motion for several costs denied.*